UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.05-CV10538-WGY

CHRISTOPHER ELLEN
Petitioner

v.

DONALD LEVESQUE
Respondent

Petitioner's Motion For Reconsideration and Amendment Of Judgment
Pursuant To Fed.R Civ.P.59

Should this Court allow Mr. Ellen's "Motion For Relief From Judgment" pursuant to Fed.R.Civ.P. 60(b), then Mr. Ellen moves for reconsideration pursuant to Fed.R Civ.P 59 of Judge Young's sua sponte dismissal of Mr. Ellen's petition as untimely for having been filed beyond AEDPA's one year statue of limitations period. Mr. Ellen's Application For Further Appellate Review to the Massachusetts Supreme Judicial Court was denied on December 29, 2003. Thereafter, he had ninety days to seek a Writ of Certiorari to the United States Supreme Court. Sup. Ct. R. 13(1), and Sup. Ct. R. 30. Mr. Ellen opted not to seek the writ causing the one-year period to begin to run on March 28, 2004. Mr. Ellen, therefore, had until March 27, 2005 to file his petition for habeas corpus relief. See Clay v. U.S. 537 U.S. 522, 528 n.3 (2003); Voravongsa v. Wall, 349 F.3d 1, 2 (1st Cir. 2003). The docket reveals that Mr. Ellen's petition was filed on March 18, 2005 - 9 days before his time to file under AEDPA expired. A memorandum and affidavit supporting this motion have also been filed.

Pursuant to LR 7.1(A)(2) counsel for the petitioner certifies he attempted to resolve the above matter with Assistant Attorney General Cathryn Neaves, but she has not responded to his telephone calls.

    Respectfully submitted,

"/S/ David J. Barend"
BBO #564032
2 Stonewood Circle
North Attleboro, MA 02760
(508) 316-1171
Dbarend@comcast.net