UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO.05-CV10538-WGY

CHRISTOPHER ELLEN
Petitioner

v.

DONALD LEVESQUE
Respondent

<u>Affidavit in Support of
Petitioner's Motion For Reconsideration and Amendment Of Judgment
Pursuant To Fed.R Civ.P.59</u>

I, David J, Barend, attorney for the petitioner in the above-entitled case, depose and say that the following are true and accurate to the best of my knowledge and belief:

1. Mr. Ellen's Application For Further Appellate Review was denied by the Massachusetts Supreme Judicial Court on December 29, 2003.

2. Mr. Ellen did not thereafter file a Writ of Certiorari to the United States Supreme Court.

3. On March 17, 2005, I sent Mr. Ellen's habeas corpus petition to this Court via the U.S. Post Office.

4. On March 21, 2005, I telephoned this Court and learned that the petition had been filed on March 18, 2005.

5. The docket reveals that Mr. Ellen's petition was, in fact, filed on March 18, 2005.

6. On April 7, 2005, Judge Young sua sponte dismissed Mr. Ellen's petition as untimely having been filed beyond AEDPA's one-year statue of limitations period.

7. As discussed in detail in Mr. Ellen' Affidavit in Support of Motion For Relief From Judgment pursuant to Fed.R.Civ.P. 60(b), I did not receive any notice of this dismissal until I telephoned this Court on Tuesday, May 24, 2005.

SIGNED UNDER THE PAINS AND PENALITIES OF PERJURY THIS 27TH DAY OF MAY, 2005.

"/S/ David J. Barend"
BBO #564032
2 Stonewood Circle
North Attleboro, MA 02760
(508) 316-1171
Dbarend@comcast.net