UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER ELLEN,<br><br>    Petitioner,<br><br>v.<br><br>DONALD LEVESQUE,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10538-WGY<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for Respondent Donald Levesque in the matter listed above.

                                                         Respectfully submitted,

                                                         THOMAS F. REILLY
                                                         Attorney General


                                                          <u>/s/ Randall E. Ravitz</u>
                                                          Randall E. Ravitz (BBO # 643381)
                                                          Assistant Attorney General
                                                          Criminal Bureau
                                                          One Ashburton Place
                                                          Boston, Massachusetts 02108
                                                          (617) 727-2200, ext. 2852

Dated: July 5, 2005

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served on July 5, 2005, by first-class mail, postage prepaid, upon:

David J. Barend, Esq.
2 Stonewood Circle
North Attleboro, MA  02760

                                                    /s/ Randall E. Ravitz
                                                 Randall E. Ravitz