UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN,          ) | |
|                             ) | |
|    Petitioner,             ) | |
|                             ) | |
| v.                          ) | Civil Action No. 05-10538-WGY |
|                             ) | |
| DONALD LEVESQUE,            ) | |
|                             ) | |
|    Respondent.             ) | |

**RESPONDENT'S ASSENTED TO MOTION FOR AN ENLARGEMENT
OF TIME WITHIN WHICH TO RESPOND TO PETITION**

Respondent Donald Levesque (the "Respondent") hereby respectfully moves this Court to enlarge until July 27, 2005 the time within which he must answer or otherwise respond to the petition for a writ of habeas corpus (the "Petition") filed by Petitioner Anthony Cabral (the "Petitioner"). The Respondent's response is currently due on July 6, 2005. In support of this Motion, the Respondent states as follows:

1.  The Petition arises from a 2000 conviction in the Essex County, Massachusetts, Superior Court.

2.  The Petition includes serious allegations and references complex areas of law.

3.  Counsel for the Respondent maintains a substantial caseload and, in light of several deadlines and obligations in other pending cases, has not had adequate time to analyze the claims and underlying facts in this action since receiving the Petition.

4.  Moreover, counsel for the Respondent recently received a voluminous set of relevant documents from the district attorney's office that prosecuted the criminal case referenced above. A significant amount of time will be needed to review such documents.

5.  The Respondent's counsel thus requires additional time in order to respond sufficiently to the Petition and prepare documentation reflecting on whether the Petitioner has exhausted state remedies, per this Court's Order of June 15, 2005.

6.  No previous application for an enlargement of time to answer or otherwise respond to the Petition has been made to this Court.

7.  Allowance of this Motion will enable counsel for the Respondent to aid the Court most thoroughly and effectively and will not prejudice any party.

8.  Counsel for the Petitioner has assented to this Motion.

**WHEREFORE,** the Respondent requests that this Court enlarge the time within which he must answer or otherwise respond to the Petition until July 27, 2005.

Respectfully submitted,

THOMAS F. REILLY
Attorney General


 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  July 5, 2005

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the above document was served on July 5, 2005, by first-class mail, postage prepaid, upon:

David J. Barend, Esq.
2 Stonewood Circle
North Attleboro, MA  02760

                                              /s/ Randall E. Ravitz
                                            Randall E. Ravitz