UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN,  )<br>)<br>Petitioner,  )<br>)<br>v.  )<br>)<br>DONALD LEVESQUE,  )<br>)<br>Respondent.  )<br>) | Civil Action No. 05-10538-WGY |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS
RULE 5 APPENDIX ACCOMPANYING HIS ANSWER**

Notice is hereby given that the following Exhibits to the Respondent's Rule 5 Appendix Accompanying His Answer have been manually filed with the Court and are available in paper form only:

Exhibit A.  Volume VI of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court.

Exhibit E.  The Application for Further Appellate Review for the Defendant in connection with Commonwealth v. Christopher Ellen, Case No. FAR-13793 in the Supreme Judicial Court for the Commonwealth of Massachusetts.

Exhibit F.  Commonwealth v. Christopher Ellen, 59 Mass. App. Ct. 1109, 797 N.E.2d 946 (2003), the October 28, 2003 opinion issued in

connection with Case No. 02-P-803 in the Massachusetts Appeals Court.

Exhibit G. <u>Commonwealth v. Christopher Ellen</u>, 440 Mass. 1109, 801 N.E.2d 802 (2003) (table decision), the December 29, 2003 decision issued in connection with Case No. FAR-13793 in the Supreme Judicial Court for the Commonwealth of Massachusetts.

The original documents are maintained in the case file in the Clerk's Office.

          Respectfully submitted,

          THOMAS F. REILLY
          Attorney General


          /s/ Randall E. Ravitz
          Randall E. Ravitz (BBO # 643381)
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts 02108
          (617) 727-2200, ext. 2852

Dated: July 27, 2005