UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>DONALD LEVESQUE, )<br>)<br>Respondent. )<br>) | Civil Action No. 05-10538-WGY |

**JOINT MOTION TO CORRECT CASE CAPTION**
**TO NAME APPROPRIATE RESPONDENT**

Now come the parties and jointly move this Court to change the caption of this habeas corpus action so as to name the Petitioner's current custodian, Bernard Brady, as the sole Respondent. In support of this Motion, the parties state as follows:

1. The appropriate respondent to an inmate's habeas corpus action is the superintendent of the facility where he is being held. <u>Vasquez v. Reno</u>, 233 F.3d 688, 691 (1st Cir. 2000) (indicating that habeas corpus action should be maintained against the individual who is the petitioner's immediate custodian, that is, the "superintendent of the facility in which he is being held" who "has day-to-day control over the petitioner and is able to produce the latter before the habeas court"); <u>see also</u> 28 U.S.C. § 2243 (providing that writ of habeas corpus or order to show cause "shall be directed to the person having custody of the person detained"); Rule 2 of the Rules Governing Section 2254 Cases (stating that petition "must name as respondent the state officer who has custody").

2. The Petitioner, Christopher Ellen, is currently in custody at the Old Colony Correctional Center ("Old Colony") in Bridgewater, Massachusetts.

3. The current superintendent of Old Colony is Bernard Brady.

4. Accordingly, Bernard Brady should be substituted for Donald Levesque as the Respondent to this action.

WHEREFORE, the parties respectfully request that this Court correct the caption to name Bernard Brady as the sole Respondent.

Respectfully submitted,

 /s/ David J. Barend (RER)
David J. Barend (BBO #564032)
2 Stonewood Circle
North Attleboro, MA  02760
(508) 316-1171


THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852

Dated:  August 3, 2005

2