UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER ELLEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-10538-WGY |
| ) | |
| BERNARD BRADY, ) | |
| ) | |
| Respondent. ) | |

**RESPONDENT'S ASSENTED TO MOTION FOR A SCHEDULING ORDER**

Respondent Bernard Brady (the "Respondent"), with the assent of counsel for Petitioner Christopher Ellen (the "Petitioner"), hereby respectfully moves this Court to establish December 7, 2005 as the date by which the Respondent must file a memorandum of law in opposition to the Petitioner's Habeas Corpus Petition, and January 17, 2006 as the date by which the Petitioner to file any reply he may have to the Respondent's memorandum of law. The Petitioner filed an initial memorandum of law in support of his Petition at the time that his Petition was filed.

**WHEREFORE,** the Respondent requests that this Court establish December 7, 2005 as the date by which the Respondent must file a memorandum of law in opposition to the Petitioner's Habeas Corpus Petition, and January 17, 2006 as the date by which the Petitioner file any reply he may have to the Respondent's memorandum of law.

Dated:  October 12, 2005 Respectfully submitted,

THOMAS F. REILLY
Attorney General


<u>/s/ Randall E. Ravitz</u>
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852


Assented to by:


<u>/s/ David J. Barend (RER)</u>
David J. Barend (BBO #564032)
2 Stonewood Circle
North Attleboro, MA  02760
(508) 316-1171