UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER ELLEN,<br><br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10538-WGY<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S ASSENTED TO MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONDENT'S MEMORANDUM AND PETITIONER'S REPLY**

Respondent Bernard Brady (the "Respondent"), with the assent of counsel for Petitioner Christopher Ellen (the "Petitioner"), hereby respectfully moves this Court to enlarge by three (3) weeks the time within which the Respondent must file a memorandum of law in opposition to the Petitioner's Habeas Corpus Petition (the "Petition") and the time within which the Petitioner must file any reply he may have to the Respondent's memorandum of law.  Currently, the Respondent's memorandum is due on December 7, 2005, and the Petitioner's reply is due on January 17, 2006.  Accordingly, the Respondent requests that this Court establish December 28, 2005 as the date by which his memorandum must be filed, and February 7, 2006 as the date by which any reply by the Petitioner must be filed.  In support of this Motion, the Respondent states as follows:

    1.    The Petition includes serious allegations and references complex areas of law.

    2.    Since the Court's establishment of a briefing schedule in this case, the undersigned counsel has had to prepare numerous papers and undertake other significant

litigation and case management tasks as part of maintaining a substantial caseload. Among such papers were multiple motions to dismiss in connection with federal habeas corpus cases, multiple dispositive motions in connection with federal and state civil rights actions, and discovery responses and motions in connection with a state civil rights action. The undersigned counsel has also had court and deposition appearances during this time, and is currently responsible for pending appeals in the United States Court of Appeals for the First Circuit and the Massachusetts Appeals Court.

      3.      The Respondent thus requires additional time in order to analyze the issues raised by the Petition and brief the Court on such issues most thoroughly.

      4.      The three-week enlargement of time requested herein is modest in scope.

      5.      Allowance of the enlargement requested herein will enable counsel for the Respondent to aid the Court most effectively.

      6.      Allowance of this Motion will not prejudice any party, especially given that the enlargement of time requested herein will apply to both parties.

**WHEREFORE,** the Respondent respectfully requests that this Court establish December 28, 2005 as the date by which the Respondent must file a memorandum of law in opposition to the Petition, and February 7, 2006 as the date by which the Petitioner must file any reply he may have to the Respondent's memorandum of law.

Dated:  December 7, 2005											Respectfully submitted,

                                                                                                    THOMAS F. REILLY
                                                                                                    Attorney General


                                                                               <u>/s/ Randall E. Ravitz</u>
                                                                               Randall E. Ravitz (BBO # 643381)
                                                                               Assistant Attorney General
                                                                               Criminal Bureau
                                                                               One Ashburton Place
                                                                               Boston, Massachusetts  02108
                                                                               (617) 727-2200, ext. 2852


                                                                               Assented to by:


                                                                               <u>/s/ David J. Barend (RER)</u>
                                                                               David J. Barend (BBO #564032)
                                                                               2 Stonewood Circle
                                                                               North Attleboro, MA  02760
                                                                               (508) 316-1171