UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN, ) | |
| Petitioner, ) | |
| v. ) | Civil Action No. 05-10538-WGY |
| BERNARD BRADY, ) | |
| Respondent. ) | |

### RESPONDENT'S SUPPLEMENTAL ANSWER

Respondent Bernard Brady (the "Respondent") hereby supplements his Answer to Petition by submitting true and accurate copies of the following materials as Exhibits hereto:[1]

Exhibit A.  Dockets in connection with Commonwealth v. Ellen, Case Nos. 9977-CR-1647 through 9977-CR-1650 in the Essex County, Massachusetts, Superior Court ("Super. Ct. Docket Nos. 9977-CR-1647 through 9977-CR-1650");

Exhibit B.  Docket in connection with Commonwealth v. Ellen, Case No. 2002-P-0803 in the Massachusetts Appeals Court ("App. Ct. Docket No. 2002-P-0803");

---

[1] The individual originally named as respondent in this action was Donald Levesque. Accordingly, the initial Respondent's Answer to Petition and Respondent's Rule 5 Appendix Accompanying His Answer were filed in his name. On August 4, 2005, Bernard Brady was substituted as respondent by Order of the Court upon the parties' Joint Motion to Correct Case Caption to Name Appropriate Respondent. Accordingly, Respondent Bernard Brady hereby adopts and incorporates herein the Respondent's Answer to Petition and Respondent's Rule 5 Appendix Accompanying His Answer initially filed in this action.

Exhibit C.     Docket in connection with Commonwealth v. Ellen, Case No. FAR-13793 in the Massachusetts Supreme Judicial Court ("SJC Docket No. FAR-13793");

Exhibit D.     Volume V of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court;

Exhibit E.     Volume VII of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court;

Exhibit F.     Volume VIII of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court; and

Exhibit G.     Volume IX of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court.

Exhibits A through C are attached hereto, while Exhibits D through G accompany this document in separately-bound volumes. Volume VI of the transcript of the trial referenced above was previously filed and served as part of the Respondent's Rule 5 Appendix Accompanying His Answer. The Respondent respectfully reserves the right to amend or supplement his Answer to Petition further should that need arise.

Dated:  December 29, 2005                    Respectfully submitted,

                                             THOMAS F. REILLY
                                             Attorney General

                                             /s/ Randall E. Ravitz
                                             Randall E. Ravitz (BBO # 643381)
                                             Assistant Attorney General
                                             Criminal Bureau
                                             One Ashburton Place
                                             Boston, Massachusetts  02108
                                             (617) 727-2200, ext. 2852

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on this day by first-class mail, postage prepaid, upon:

David J. Barend, Esq.
2 Stonewood Circle
North Attleboro, MA  02760

Dated:  December 29, 2005                     /s/ Randall E. Ravitz
                                              Randall E. Ravitz