UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| CHRISTOPHER ELLEN,<br><br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10538-WGY<br>)<br>)<br>)<br>)<br>) |

### RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE CONCERNING EXHIBITS TO HIS SUPPLEMENTAL ANSWER

Notice is hereby given that the following Exhibits to the Respondent's Supplemental Answer have been manually filed with the Court and are available in paper form only:

Exhibit A.  Dockets in connection with Commonwealth v. Ellen, Case Nos. 9977-CR-1647 through 9977-CR-1650 in the Essex County, Massachusetts, Superior Court ("Super. Ct. Docket Nos. 9977-CR-1647 through 9977-CR-1650");

Exhibit B.  Docket in connection with Commonwealth v. Ellen, Case No. 2002-P-0803 in the Massachusetts Appeals Court ("App. Ct. Docket No. 2002-P-0803");

Exhibit C.  Docket in connection with Commonwealth v. Ellen, Case No. FAR-13793 in the Massachusetts Supreme Judicial Court ("SJC Docket No. FAR-13793");

Exhibit D. Volume V of the transcript of the trial in connection with <u>Commonwealth v. Ellen</u>, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court;

Exhibit E. Volume VII of the transcript of the trial in connection with <u>Commonwealth v. Ellen</u>, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court;

Exhibit F. Volume VIII of the transcript of the trial in connection with <u>Commonwealth v. Ellen</u>, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court; and

Exhibit G. Volume IX of the transcript of the trial in connection with <u>Commonwealth v. Ellen</u>, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court.

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 29, 2005    Respectfully submitted,

THOMAS F. REILLY
Attorney General

 /s/ Randall E. Ravitz
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts  02108
(617) 727-2200, ext. 2852