UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN,<br><br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-10538-WGY<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S SECOND SUPPLEMENTAL ANSWER**

Respondent Bernard Brady (the "Respondent") hereby further supplements his Answer to Petition by submitting true and accurate copies of the following materials as Exhibits hereto:

Exhibit A.   Transcript of the November 10, 1999 hearing in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court; and

Exhibit B.   Volume I of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court.

The Respondent respectfully reserves the right to amend or supplement his Answer to Petition further should that need arise.

| | |
|---|---|
| Dated: January 9, 2006 | Respectfully submitted, |
| | THOMAS F. REILLY<br>Attorney General |
| | /s/ Randall E. Ravitz<br>Randall E. Ravitz (BBO # 643381)<br>Assistant Attorney General<br>Criminal Bureau<br>One Ashburton Place<br>Boston, Massachusetts  02108<br>(617) 727-2200, ext. 2852 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically without its exhibits to the registered participants as identified on the Notice of Electronic Filing, and that a paper copy of this document with its exhibits has additionally been served on this day by first-class mail, postage prepaid, upon:

David J. Barend, Esq.
2 Stonewood Circle
North Attleboro, MA  02760

| | |
|---|---|
| Dated: January 9, 2006 | /s/ Randall E. Ravitz<br>Randall E. Ravitz |