UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN,<br><br>    Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br><br>    Respondent. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10538-WGY<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S NOTICE OF FILING WITH CLERK'S OFFICE
CONCERNING EXHIBITS TO HIS SUPPLEMENTAL ANSWER**

Notice is hereby given that the following Exhibits to the Respondent's Second Supplemental Answer have been manually filed with the Court and are available in paper form only:

Exhibit A.   Transcript of the November 10, 1999 hearing in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court; and

Exhibit B.   Volume I of the transcript of the trial in connection with Commonwealth v. Ellen, Case No. 9977-CR1647-1650 in the Essex County, Massachusetts, Superior Court.

The original documents are maintained in the case file in the Clerk's Office.

2

Dated:  January 9, 2006                                  Respectfully submitted,

                                                        THOMAS F. REILLY
                                                        Attorney General

                                                        /s/ Randall E. Ravitz
                                                        Randall E. Ravitz (BBO # 643381)
                                                        Assistant Attorney General
                                                        Criminal Bureau
                                                        One Ashburton Place
                                                        Boston, Massachusetts  02108
                                                        (617) 727-2200, ext. 2852

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.


Dated: January 9, 2006                                   /s/ Randall E. Ravitz
                                                         Randall E. Ravitz