UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                  Civil Action
                                                  No: 05-10538-WGY

CHRISTOPHER ELLEN
Petitioner

v.

BERNARD BRADY
Respondent

ORDER OF DISMISSAL

YOUNG,D.J.

      After a hearing held on 2/14/06, this Court Orders that Petitioner's Petition for a Writ of Habeas Corpus is DENIED and the above entitled action be and hereby is Dismissed. The Court GRANTS the filing of a certificate of appealability.

                                                  Sarah A. Thornton
                                                  Clerk

                                                  /s/ Elizabeth Smith
                                        By:  _____
                                                  Deputy Clerk

February 15, 2006

Notice mailed to counsel of record.