UNITED STATES DISTICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS

CHRISTOPHER ELLEN         :

VS.                       :        Civil Action No.05-10538-WGY

BERNARD BRADY             :


NOTICE OF APPEAL

NOW COMES the Petitioner, Christopher Ellen and notices this Court of his appeal from the judgment of the Court entered on or about February 14, 2006. (It should also be noted that on that same date, the Court granted certificate of appealability.)

                         CHRISTOPHER ELLEN
                         By his attorney,

                         /s/ David J. Barend
                         David J. Barend
                         2 Stonewood Circle
                         North Attleboro, MA 02760
                         (508) 316-1171
                         BBO# 564032


CERTIFICATION

I herby certify that on this 28th day of February, 2006 I mailed a true copy to AAG Randy Ravitz, Esq. Office of the Attorney General, 1 Ashburton Place, Boston Massachusetts  02108.

                         /s/ David J. Barend
                         David J. Barend