UNITED STATES DISTICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER ELLEN : | |
| VS. : | Civil Action No.05-10538-WGY |
| BERNARD BRADY : | |

MOTION TO PROCEED IN FORMA PAUPERIS

NOW COMES the Petitioner, Christopher Ellen who has previously filed a notice of appeal from the judgment of the Court entered on or about February 14, 2006 and moves this Court to allow him to proceed with that appeal *in forma pauperis*. (It should also be noted that this Court has previously granted certificate of appealability.) As support for this motion this Court should note that the Petitioner has been incarcerated since his arrest on July 25, 1999. Shortly thereafter he was found to be indigent by the Committee For Public Counsel Services (CPCS) and received court appointed counsel. Subsequent to the completion of his October 16, 2000 jury trial he was again found to be indigent by CPCS and was appointed his current counsel. The Petitioner's perpetual status as an incarcerated prisoner since the time of his arrest evidences that his financial situation has not been altered. CPCS has, in fact, continued to allow current counsel to represent the Petitioner due to his continued indigency. This Court should, therefore, grant this motion. A supporting affidavit is attached.

                                                                                                CHRISTOPHER ELLEN
                                                                                                By his attorney,

                                                                                                /s/ David J. Barend
                                                                                                David J. Barend
                                                                                                2 Stonewood Circle
                                                                                                North Attleboro, MA 02760
                                                                                                (508) 316-1171
                                                                                                BBO# 564032

CERTIFICATION

I herby certify that on this 6th day of March, 2006 I mailed a true copy of this motion and the supporting affidavit to AAG Randy Ravitz, Esq. Office of the Attorney General, 1 Ashburton Place, Boston Massachusetts 02108.

                                                                                                /s/ David J. Barend
                                                                                                David J. Barend