UNITED STATES DISTICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS

CHRISTOPHER ELLEN       :
VS.                     :   Civil Action No.05-10538-WGY
BERNARD BRADY           :

AFFIDAVIT IN SUPPORT OF
MOTION TO PROCEED IN FORMA PAUPERIS

I, David J. Barend, court-appointed attorney for the petitioner in the above entitled case state the following to be true to the best of my knowledge and belief:

1. The Petitioner, Christopher Ellen has previously filed a notice of appeal from the judgment of the Court entered on or about February 14, 2006.

2. This Court has also previously granted certificate of appealability.

3. The Petitioner has been incarcerated since his arrest on July 25, 1999.

4. Shortly after his arrest the petitioner was found to be indigent by the Committee For Public Counsel Services (CPCS) and received court appointed counsel.

5. Subsequent to the completion of his jury trial the petitioner was again found to be indigent by CPCS and I was appointed as his current counsel on May 29, 2002.

6. I have met with the petitioner on multiple occasions during the nearly 4 year period of my representation and I have seen no evidence suggesting anything other than the fact that he is indigent.

7. CPCS has, in fact, continued to allow me to represent the Petitioner due to his continued indigency.

                                                    CHRISTOPHER ELLEN
                                                    By his attorney,

                                                    /s/ David J. Barend
                                                    David J. Barend
                                                    2 Stonewood Circle
                                                    North Attleboro, MA 02760
                                                    (508) 316-1171
                                                    BBO# 564032