## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10538

Christopher Ellen

v.

Bernard Brady

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/28/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 17, 2006.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _3/17/06_.

_D Burchill_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

*(without folder attachments printed out)*

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-10538-WGY

Ellen v. Brady
Assigned to: Judge William G. Young
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 03/18/2005
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

**Petitioner**

**Christopher Ellen**

represented by **David J. Barend**
2 Stonewood Circle
North Attleboro, MA 02760
508-316-1171
Fax: 508-316-1192
Email: dbarend@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Donald Levesque**
*Acting Superintendent, Old Colony Correctional Center*
*TERMINATED: 08/04/2005*

represented by **Randall E. Ravitz**
Attorney General's Office
One Ashburton Place
Boston, MA 02108
617-727-2200 ext.2852
Fax: 617-727-5755
Email:
randall.ravitz@ago.state.ma.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Bernard Brady**
*Superintendent, Old Colony Correctional Center*

represented by **Randall E. Ravitz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/18/2005 | 1 | PETITION for writ of habeas corpus pursuant to 28:2254 $ 5, receipt number 62950, filed by Christopher Ellen.(Bell, Marie) Additional attachment(s) added on 7/27/2005 (Hurley, Virginia). (Entered: 03/25/2005) |
| 03/18/2005 | 2 | MEMORANDUM AND APPENDIX in Support re 1 Petition for writ of habeas corpus (28:2254). (Attachments: # 1 Part 2# 2 Part 3)(Bell, Marie) (Entered: 03/25/2005) |
| 03/18/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Bell, Marie) (Entered: 04/01/2005) |
| 04/07/2005 | | Judge William G. Young : Electronic ORDER entered. re 1 Petition for writ of habeas corpus (28:2254) filed by Christopher Ellen. THIS PETITION IS DISMISSED SUA SPONTE AS UNTIMELY, HAVING BEEN FILED BEYOND THE ONE YEAR STATUTE OF LIMITATIONS FOUND IN AEDPA. cc/cl.(Bell, Marie) (Entered: 04/07/2005) |
| 04/07/2005 | | Civil Case Terminated. (Bell, Marie) (Entered: 04/07/2005) |
| 05/27/2005 | 3 | MOTION Relief From Judgment by Christopher Ellen. (Barend, David) (Entered: 05/27/2005) |
| 05/27/2005 | 4 | AFFIDAVIT of David J. Barend in Support re 3 MOTION Relief From Judgment filed by Christopher Ellen. (Barend, David) (Entered: 05/27/2005) |
| 05/27/2005 | 5 | MEMORANDUM in Support re 3 MOTION Relief From Judgment filed by Christopher Ellen. (Barend, David) (Entered: 05/27/2005) |
| 05/27/2005 | 6 | MOTION for Reconsideration re Order, by Christopher Ellen. (Barend, David) (Entered: 05/27/2005) |
| 05/27/2005 | 7 | AFFIDAVIT in Support re 6 MOTION for Reconsideration re Order, filed by Christopher Ellen. (Barend, David) (Entered: 05/27/2005) |
| 05/27/2005 | 8 | MEMORANDUM in Support re 6 MOTION for Reconsideration re Order, filed by Christopher Ellen. (Barend, David) (Entered: 05/27/2005) |
| | | |

| 06/14/2005 | | Judge William G. Young : Electronic ORDER entered granting 3 Motion Relief from Judgment and denying as Moot 6 Motion for Reconsideration re Order. cc/cl. (Bell, Marie) (Entered: 06/15/2005) |
| --- | --- | --- |
| 06/14/2005 | | Case Reopened (Bell, Marie) (Entered: 06/15/2005) |
| 06/15/2005 | 9 | Judge William G. Young : SERVICE ORDER entered re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Bell, Marie) (Entered: 06/15/2005) |
| 06/21/2005 | | Return receipt received for mail sent to Cathryn A. Neaves, Assistant Attorney General Delivered on 6/16/05 (Bell, Marie) (Entered: 06/22/2005) |
| 07/05/2005 | 10 | NOTICE of Appearance by Randall E. Ravitz on behalf of Donald Levesque (Ravitz, Randall) (Entered: 07/05/2005) |
| 07/05/2005 | 11 | Assented to MOTION for Extension of Time to July 27, 2005 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) by Donald Levesque.(Ravitz, Randall) (Entered: 07/05/2005) |
| 07/11/2005 | | Judge William G. Young : Electronic ORDER entered granting 11 Motion for Extension of Time to File Response/Reply re 11 Assented to MOTION for Extension of Time to July 27, 2005 to File Response/Reply as to 1 Petition for writ of habeas corpus (28:2254) Responses due by 7/27/2005 (Smith, Bonnie) (Entered: 07/11/2005) |
| 07/27/2005 | 12 | Notice of correction to docket made by Court staff. Document #1, petition for habeas corpus corrected to include page 6. (Hurley, Virginia) (Entered: 07/27/2005) |
| 07/27/2005 | 13 | RESPONSE/ANSWER to *Petition* by Donald Levesque. (Ravitz, Randall) (Entered: 07/27/2005) |
| 07/27/2005 | 14 | APPENDIX/EXHIBIT re 13 Response to Petition for Writ of Habeas Corpus - 2254 by Donald Levesque. (Attachments: # 1 Exhibit B - Defendant's Brief to Mass. Appeals Court# 2 Exhibit C - Commonwealth's Brief to Mass. Appeals Court# 3 Exhibit D - Defendant's Reply Brief to Mass. Appeals Court) (Ravitz, Randall) (Entered: 07/27/2005) |
| 07/27/2005 | 15 | APPENDIX/EXHIBIT re 14 Appendix/Exhibit, - *Notice of* |

| | | |
|---|---|---|
| | | *Filing With Clerk's Office* by Donald Levesque. (Ravitz, Randall) (Entered: 07/27/2005) |
| 07/27/2005 | ◯16 | APPENDIX/EXHIBITS A,E,F, AND G re 13 Response to Petition for Writ of Habeas Corpus - 2254 by Donald Levesque. (Bell, Marie) (Entered: 07/28/2005) |
| 08/03/2005 | 17 | Joint MOTION to Correct *Case Caption to Name Appropriate Respondent* by Christopher Ellen, Donald Levesque.(Ravitz, Randall) (Entered: 08/03/2005) |
| 08/04/2005 | ◯ | Judge William G. Young : Electronic ORDER entered granting 17 Motion to Correct Case Caption to Name Appropriate Respondent. cc/cl. (Bell, Marie) (Entered: 08/04/2005) |
| 10/12/2005 | ◯18 | Assented to MOTION for Order to Set Briefing Schedule by Bernard Brady.(Ravitz, Randall) (Entered: 10/12/2005) |
| 10/14/2005 | ◯ | Judge William G. Young : ElectronicORDER entered granting 18 Motion for Order to Set Briefing Schedule. cc/cl. (Bell, Marie) (Entered: 10/14/2005) |
| 12/07/2005 | ◯19 | Assented to MOTION for Extension of Time to File *Respondent's Memorandum and Petitioner's Reply* by Bernard Brady.(Ravitz, Randall) (Entered: 12/07/2005) |
| 12/08/2005 | ◯ | Judge William G. Young : Electronic ORDER entered granting 19 Motion for Extension of Time to File Respondent's Memorandum and Petitioner's Reply. Respondent's Memorandum reset to 12/28/05 and Petitioner's Reply reset to 2/7/06. cc/cl. (Bell, Marie) (Entered: 12/08/2005) |
| 12/28/2005 | ◯20 | MEMORANDUM OF LAW by Bernard Brady. (Ravitz, Randall) (Entered: 12/28/2005) |
| 12/29/2005 | ◯21 | RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) - *Supplemental* by Bernard Brady. (Ravitz, Randall) (Entered: 12/29/2005) |
| 12/29/2005 | ◯22 | APPENDIX/EXHIBIT re 21 Response to Petition for Writ of Habeas Corpus - 2254 - *Notice of Filing with Clerk's Office* by Bernard Brady. (Ravitz, Randall) (Entered: 12/29/2005) |
| 01/06/2006 | ◯ | NOTICE of Hearing: Hearing on the Petition for Writ of Habeas Corpus is set for Tuesday 2/14/2006 02:00 PM before Judge William G. Young. The hearing will take place at BOSTON UNIVERSITY LAW SCHOOL, Law School |

| | | |
|---|---|---|
| | | Auditorium, 765 Commonwealth Ave., Boston, MA.(Smith, Bonnie) (Entered: 01/06/2006) |
| 01/09/2006 | 23 | RESPONSE/ANSWER to 1 Petition for writ of habeas corpus (28:2254) - *Second Supplemental* by Bernard Brady. (Ravitz, Randall) (Entered: 01/09/2006) |
| 01/09/2006 | 24 | APPENDIX/EXHIBIT re 23 Response to Petition for Writ of Habeas Corpus - 2254 by Bernard Brady. (Ravitz, Randall) (Entered: 01/09/2006) |
| 02/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young : Hearing re Petition for Writ of Habeas Corpus held on 2/14/2006. After hearing the petition is Denied. The Court ORALLY GRANTS a certificate of appealability.(Court Reporter Womack.) (Smith, Bonnie) (Entered: 02/15/2006) |
| 02/15/2006 | 25 | Judge William G. Young : ORDER entered. ORDER DISMISSING CASE(Smith, Bonnie) (Entered: 02/15/2006) |
| 02/28/2006 | 26 | NOTICE OF APPEAL as to 25 Order Dismissing Case by Christopher Ellen. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/20/2006. (Barend, David) (Entered: 02/28/2006) |
| 03/06/2006 | 27 | MOTION for Leave to Appeal in forma pauperis by Christopher Ellen.(Barend, David) (Entered: 03/06/2006) |
| 03/06/2006 | 28 | AFFIDAVIT in Support re 27 MOTION for Leave to Appeal in forma pauperis. (Barend, David) (Entered: 03/06/2006) |
| 03/08/2006 | | Judge William G. Young : Electronic ORDER entered granting 27 Motion for Leave to Appeal in forma pauperis. (Paine, Matthew) (Entered: 03/08/2006) |