```
 1                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 05-10538-WGY

 4


 5   * * * * * * * * * * * * * * * *
                                    *
 6   CHRISTOPHER ELLEN,             *
                                    *
 7             Petitioner,          *
                                    *
 8   v.                             *    **MOTION HEARING**
                                    *
 9   BERNARD BRADY,                 *
                                    *
10             Respondent.          *
                                    *
11   * * * * * * * * * * * * * * * *

12

13            BEFORE:  The Honorable William G. Young,
                              District Judge
14

15

16   APPEARANCES:

17
              DAVID J. BAREND, ESQ., 2 Stonewood Circle,
18      North Attleboro, Massachusetts 02760, on behalf of
        the Petitioner
19

20            MASSACHUSETTS ATTORNEY GENERAL'S OFFICE
        (By Randall E. Ravitz, Assistant Attorney
21      General), Criminal Bureau, One Ashburton Place,
        Boston, Massachusetts 02108, on behalf of the
22      Respondent

23
                                    Boston University Law School
24                                  Boston, Massachusetts

25                                  February 14, 2006
```