UNITED STATES DISTICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS

| | | |
|---|---|---|
| CHRISTOPHER ELLEN | : | |
| VS. | : | Civil Action No.05-10538-WGY |
| BERNARD BRADY | : | |

MOTION FOR FUNDS FOR TRANSCRIPT

    NOW COMES the Petitioner, Christopher Ellen, who has been previously allowed by this Court to proceed with his appeal *in forma pauperis,* and moves that this Honorable Court order that funds in the amount of fifty dollars ($50.00) be provided to court reporter Donald Womack to compensate him for having prepared and filed the transcript of the February 14, 2006 hearing. A supporting affidavit is attached.

    CHRISTOPHER ELLEN
    By his attorney,

    /s/ David J. Barend
    David J. Barend
    2 Stonewood Circle
    North Attleboro, MA 02760
    (508) 316-1171
    BBO# 564032

CERTIFICATION

I herby certify that on this 3rd day of May, 2006 I mailed a true copy of this motion and the supporting affidavit to AAG Randy Ravitz, Esq. Office of the Attorney General, 1 Ashburton Place, Boston Massachusetts 02108.

    /s/ David J. Barend
    David J. Barend