UNITED STATES DISTICT COURT
FOR THE DISTIRCT OF MASSACHUSETTS

CHRISTOPHER ELLEN       :
VS.                     :   Civil Action No.05-10538-WGY
BERNARD BRADY           :

AFFIDAVIT IN SUPPORT OF
MOTION FOR FUNDS

I, David J. Barend, court-appointed attorney for the petitioner in the above entitled case state the following to be true to the best of my knowledge and belief:

1. The Petitioner, Christopher Ellen has previously filed a notice of appeal from the judgment of the Court entered on or about February 14, 2006.

2. This Court has also previously granted certificate of appealability.

3. This Court has also previously ordered that the Petitioner be allowed to proceed with his appeal in forma pauperis.

4. The above-entitled case is currently entered in the Court of Appeals as docket # 06-1491.

5. I requested that the Court of Appeals provide funds to cover the cost for the preparation of the transcript of the February 14, 2006 hearing.

6. On April 4, 2006, court reporter Donald Womack prepared and filed the transcript of the February 14, 2006 hearing in the District Court.

7. I subsequently received notification from the Court of Appeals that my motion for funds was rejected and should be re-filed in the District Court.

8. Court reporter Donald Womack has conveyed to me that the amount of funds necessary to cover his services is fifty dollars.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 3RD DAY OF MAY 2006.

                                              CHRISTOPHER ELLEN
                                              By his attorney,

                                              /s/ David J. Barend
                                              David J. Barend
                                              2 Stonewood Circle
                                              North Attleboro, MA 02760
                                              (508) 316-1171/BBO# 564032